**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1512**

ROBERT CARROL DAVIDSON,

  Plaintiff - Appellant,

  v.

JESSE FRANCIS AMOS; LAQUITA R. AMOS; CLYDE H. PERDUE,

  Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:15-cv-00013-JLK)

Submitted:  August 20, 2015          Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Carrol Davidson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Carrol Davidson seeks to appeal the district court's order denying his application to proceed in forma pauperis. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 10, 2015. The notice of appeal was filed on May 12, 2015, one day after the appeal period expired.* Because Davidson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny his motions for leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal

---

* The 30th day fell on Sunday, May 10, 2015. Davidson therefore had until Monday, May 11, 2015, to timely file a notice of appeal. See Fed. R. App. P. 26(a)(1).

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>